# CRIMINAL COMPLAINT

| UNITED STATES DISTRICT COURT | CENTRAL DISTRICT OF CALIFORNIA |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br><br>VICTOR MANUEL LOPEZ,<br>aka "Lil Spanky" | DOCKET NO.<br><br>MAGISTRATE'S CASE NO.<br>13- M 13 01543 |

Complaint for violation of Title 18, United States Code, Section 1073

| NAME OF MAGISTRATE JUDGE<br>STEPHEN J. HILLMAN<br>RALPH ZAREFSKY | UNITED STATES MAGISTRATE JUDGE | LOCATION<br>Los Angeles, CA |
|---|---|---|
| DATE OF OFFENSE<br>July 5, 2012 | PLACE OF OFFENSE<br>Los Angeles County | ADDRESS OF ACCUSED (IF KNOWN) |

COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:

On or about July 5, 2012, in Los Angeles County, within the Central District of California, and elsewhere, defendant **VICTOR MANUEL LOPEZ** moved and traveled in interstate and foreign commerce from Los Angeles, County, California, to El Salvador, with intent to avoid prosecution under the laws of the State of California for a crime which is a felony under the laws of the State of California, in violation of Title 18 United States Code, Section 1073.

BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:

See attached affidavit which is incorporated as part of this Complaint

MATERIAL WITNESSES IN RELATION TO THIS CHARGE: Not applicable

| Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge.<br><br>Stephen J. May | SIGNATURE OF COMPLAINANT<br><br><br>Stephen J. May<br>SPECIAL AGENT, FEDERAL BUREAU OF INVESTIGATION |
|---|---|

Sworn to before me and subscribed in my presence,

| SIGNATURE OF MAGISTRATE JUDGE<br>STEPHEN J. HILLMAN | DATE<br>June 6, 2013 |
|---|---|

1) See Federal Rules of Criminal Procedure rules 3 and 54.

AUSA: SP   REC: DETENTION   ARREST WARRANT

SP

## AFFIDAVIT

I, Stephen J. May, being duly sworn, hereby depose and state the following:

## INTRODUCTION

1.  I am a Special Agent ("SA") with the Federal Bureau of Investigation ("FBI") and have been so employed for the past 14 years. From September 1999 through December 2003, I primarily worked as a Bank Robbery Investigator in the San Francisco Division of the FBI and I also worked fugitive investigations. From December 2003 to the present, I have worked as a Bank Robbery Investigator in the Los Angeles Division of the FBI and I am currently assigned to the West Covina Resident Agency. As such, I am responsible for Violent Crime matters in my area of responsibility, which includes fugitive investigations.

## PURPOSE OF AFFIDAVIT

2.  This affidavit is in support of an application for a complaint and arrest warrant charging VICTOR MANUEL LOPEZ ("LOPEZ"), also known as ("aka") Lil Spanky, with a violation of Title 18 United States Code 1073, Unlawful Flight to Avoid Prosecution ("UFAP").

3.  As such, the sole and limited purpose of this affidavit is to demonstrate that there is probable cause for the requested complaint and arrest warrant. Accordingly, this

1

affidavit does not attempt to set forth every fact learned during the course of the investigation, which remains ongoing. All figures, times, and calculations set forth herein are approximate.

4. I learned the following information from my review of South Gate Police Department incident report 1205777, Vernon Police Department incident report 20121144, and communications with Los Angele County Sheriff's Department's ("LASD") Homicide Bureau Sergeants Jeffrey Cochran and Troy Ewing, who are the lead homicide investigators on the matters referenced below.

## PROBABLE CAUSE

5. On July 1, 2012, members of the South Gate Police Department responded to 10512 Dorothy Avenue, South Gate, California in regards to shots fired. At the location, two males were discovered lying face down in the rear yard with life threatening injuries. One victim was pronounced dead at the scene and the other victim died a few days later at a local hospital. The two victims were identified as Daniel Pereyra ("Pereyra") and Jervis Amaya ("Amaya"). They both appeared to have died from gunshot wounds to the head.

    a. Shortly after hearing a scream and gunshots, a witness observed a Hispanic male and Hispanic female leaving the location and drive away in a burgundy truck, license plate

(xxxx4C1 - first four characters intentionally omitted). The truck belonged to Amaya and his wife, Maria Castaneda ("Castaneda").

6. On July 2, 2012, at 4635 Fruitland Avenue, Vernon, California a female victim was discovered lying face down near the railroad tracks. The female victim was pronounced dead at the scene. The female victim was later identified as Castaneda and appeared to have died from a gunshot wound to the head.

7. Through investigation, Sergeants Cochran and Ewing determined that LOPEZ killed Pereyra, Amaya, and Castaneda.

8. On March 13, 2013, Sergeants Cochran and Ewing presented the July 1, 2012 and July 2, 2012 homicide cases referenced above to the Los Angeles County District Attorney's ("DA") Office for filing.

    a. That same day, the DA's Office charged LOPEZ with three felony counts of murder, in violation of California Penal Code Section 187(A), and one felony count of possession of firearm by a felon -- three priors, and Superior Court Judge John A. Torribio issued an arrest warrant for LOPEZ.

9. Through investigation, Sgt. Cochran determined that LOPEZ left California, with LOPEZ's girlfriend, Gemimia Macias ("Macias"), and more than likely fled to El Salvador [later confirmed in paragraph 12] via Mexico since it was learned that:

3

a. LOPEZ and Macias' "Sprint" cellular telephones both terminated service on July 5, 2012, three days after the last murder. The last telephone calls to and from LOPEZ's telephone utilized cell sites in San Ysidro, California, on the border with Mexico.

b. LOPEZ has told people that he was from El Salvador.

c. Macias has family in El Salvador.

d. Macias' ex-husband, Silvano Macias, stated that Macias suddenly left the country and utilized a bus service in Huntington Park to travel to Tijuana, Baja California, Mexico. Macias told her ex-husband she was going to El Salvador to take care of business. Silvano Macias believed that Macias traveled in the company of LOPEZ.

e. To date, it has not been determined whether or not LOPEZ is a United States citizen.

10. In December of 2012, Sgt. Cochran contacted the FBI and requested assistance on locating LOPEZ since his investigation determined that LOPEZ left California immediately following the murders and may have fled to El Salvador.

11. On or about December 13, 2012, FBI Supervisory Special Agent ("SSA") Manuel Zapata, Jr. was contacted by Sgt. Cochran. SSA Zapata works at the Transnational Anti-gang (TAG)

4

Task Force in El Salvador. The TAG Task Force is comprised of two FBI SSA's and approximately 40 members of the Salvadoran National Police.

12. On or about February 5, 2013, SSA Zapata informed Sgt. Cochran that the TAG Task Force surveillance operations group (SOG) had located and confirmed that LOPEZ is in El Salvador with his girlfriend Macias in the area of Ciudad Arce, La Libertad (Department), El Salvador.

13. On April 2, 2013, the Los Angeles County District Attorney's Office wrote to the FBI requesting assistance on behalf of the Los Angeles Sheriff's Department to obtain an Unlawful Flight to Avoid Prosecution ("UFAP") warrant for fugitive LOPEZ. The District Attorney concurred with the request and agreed to seek the extradition of LOPEZ.

14. My training and experience in fugitive investigations has led me to believe that persons who committed crimes that may lead to incarceration upon their arrest and/or conviction, often flee the area from which they are wanted. My training and experience also leads me to believe that many fugitives, particularly those fugitives with family or other ties to a foreign country, in this case El Salvador, often will take advantage of those ties and flee to that foreign country to avoid apprehension.

## CONCLUSION

15. Based on the foregoing facts and my training and experience, I submit there is probable cause to believe that LOPEZ has moved and traveled in interstate and foreign commerce from the State of California to El Salvador with the intent to avoid prosecution in violation of Title 18, United States Code, Section 1073.

_____
STEPHEN J. MAY
Special Agent
Federal Bureau of Investigation

Subscribed and sworn to before me
on June __, 2013

STEPHEN J. HILLMAN
UNITED STATES MAGISTRATE JUDGE

HONORABLE RALPH ZAREFSKY
UNITED STATES MAGISTRATE JUDGE